UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FASTER FORM CORP.,

                      Plaintiff,

      v.                                5:03-CV-1208

FISCH WHOLESALE FLORIST, INC., and
FLORAL SUPPLY SYNDICATE, INC.,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 09 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

APPEARANCES:

HARRIS BEACH, P.L.L.C.
Attorneys for Plaintiff
99 Garnsey Road
Pittsford, New York 14534

GOTTLIEB, RACKMAN, & REISMAN, P.C.
Attorneys for Defendants
270 Madison Avenue
New York, New York 10016

DAVID N. HURD
United States District Judge

OF COUNSEL:

BRIAN LAUDADIO, ESQ.

RICHARD S. SCHURIN, ESQ.

### ORDER

     Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on February 9, 2007, in Utica, New York, it is hereby

     ORDERED that defendants' motions to preclude the testimony of plaintiff's expert, L. Michael Fitzgerald, and for summary judgment are DENIED.

     IT IS SO ORDERED.

_____
United States District Judge

Dated: February 9, 2007
        Utica, New York.